IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3274 |
| v. | ) ) | |
| XOS TECHNOLOGIES, INC., | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The joint motion of the parties, filing 16, is granted and all proceedings in this matter are stayed until August 8, 2008, on which date the parties shall advise the court regarding the need for further progression.

DATED this 16th day of April, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge