IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, <br><br> Plaintiff, <br><br> v. <br><br> XOS TECHNOLOGIES, INC. <br><br> Defendant. | CASE NO. 07-CV-3274 <br><br> **ORDER** |

This matter comes before the Court on Filing No. 20, the Joint Motion to Extend Stay.

IT IS ORDERED that the Motion (Filing No. 20) is granted;

IT IS FURTHER ORDERED that the stay of all proceedings granted in Filing 17 is extended until October 8, 2008, at which time the parties shall advise the court regarding the need for further progression.

DATED THIS 8th day of September, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge